# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WARLES PACPACO, | |
| Plaintiff, | Case No. 2:15-cv-00566-RCJ-GWF |
| vs. | **ORDER** |
| BANK OF AMERICA, N.A. and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed March 26, 2015. Defendant filed its Answer (#6) May 29, 2015. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **August 3, 2015** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 22nd day of July, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge