Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiffs,*
*Ermy F. Pacpaco and Warles P. Pacpaco*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ERMY F. PACPACO, | Case No.: 2:15-cv-00494-RCJ-GWF |
| Plaintiff, | Consolidated with |
| WARLES P. PACPACO, | Case No.: 2:15-cv-00566-RCJ-CWH |
| Con- Plaintiff, | **STIPULATION OF DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A.** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC. and BANK OF AMERICA, N.A., | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Ermy F. Pacpaco and Warles P. Pacpaco ("Plaintiffs") and Defendant Bank of America, N.A. ("Defendant") (jointly as the "Parties") stipulate to dismiss with prejudice Plaintiffs' claims against Defendant, in this matter.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 11th day of February 2016.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**AKERMAN LLP**

By: /s/  Matthew I Knepper
Matthew I Knepper, Esq.
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
*Attorneys for Bank of America, N.A.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:___February 12, 2016_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on February 11, 2016, the foregoing STIPULATION OF DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A. was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117